UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE COMMERCIAL BANCORP, INC.,   CASE NO.: 6:09-CV-1635-ORL-31KRS

    Plaintiff,

vs.

PROGRESSIVE CASUALTY INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF MEDIATION SETTLEMENT

COMES NOW, Plaintiff, THE COMMERCIAL BANCORP, INC., by and through their undersigned attorney, and gives notice that this matter was mediated and settled on February 25, 2010. Upon completion of the settlement terms, Plaintiff shall dismiss this action with prejudice.

March 2, 2010

_____
Laurence H. Bartlett
Florida Bar No: 287989
1825 Business Park Blvd., Ste. A
Daytona Beach, FL 32114
Ph: 386-274-6395
Fax: 386-274-7608
Lbartlett@cbklegal.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of March, 2010, I electronically filed the foregoing with the Clerk of the Court by using the ECF system and that a true and correct copy of the foregoing has been furnished by U.S. mail to: Maria E. Trenzado, 237 S. Westmonte Dr., Ste. 315, Altamonte Springs, FL 32714.

_____
Laurence H. Bartlett, Esquire